# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0442.  RONALD EATON v. THE STATE.**

Ronald Eaton was convicted of armed robbery, kidnapping, and possession of a firearm, and the trial court denied his subsequent motion for new trial.  We affirmed in an unpublished opinion.  See *Eaton v. The State*, Case No. A16A1640 (decided February 16, 2017).  Our remittitur was issued on March 8, 2017, and the trial court entered the remittitur into the trial court record on April 10.  On April 18, 2017 Eaton filed another notice of appeal in the trial court.  In his notice, he refers to a March 8, 2017 decision affirming the denial of his motion for new trial.

The most recent trial court order in this case is the November 10, 2015 denial of Eaton's motion for new trial.  We have already affirmed that decision.  See Case No. A16A1640.  To the extent Eaton seeks review of our opinion, he may not appeal to us from the trial court's entry of the remittitur into the record.  The trial court did not make any ruling in that entry; it merely made our decision a part of the record below. If Eaton wished to challenge our decision, he was required to file a motion for reconsideration in this Court or a petition for certiorari in the Supreme Court.  See Georgia Court of Appeals Rules 37 & 38.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office,*

*Atlanta,*  __10/23/2017__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*